# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANTOYO, | Case No. CV 08-5463-R (JEM) |
|         Petitioner, | |
|      v. | **JUDGMENT** |
| ANTHONY HEDPATH, Warden, | |
|         Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:  October 5, 2009

                                            MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE